1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11

MICHAEL J. PAGE,

Case No.:  25-cv-01313-AJB-KSC

12

13

Plaintiff,

**ORDER DIRECTING CLERK OF COURT TO ENTER DEFAULT AGAINST DEFENDANT IIZUKA CORPORATION**

14

v.

15

IIZUKA CORPORATION, et al.,

16

Defendants.

17

18

19        On May 22, 2025, Plaintiff Michael J. Page ("Page") initiated the instant action.

20   (Doc. No. 1.) A summons was issued the same day. (Doc. No. 2.) On July 21, 2025, Page

21   filed a proof of service demonstrating that Defendant Iizuka Corporation ("Iizuka") was

22   served. (Doc. No. 3.)

23        Rule 12(a) of the Federal Rules of Civil Procedure requires a defendant to serve an

24   answer "within 21 days after being served with the summons and complaint." *See also* Fed.

25   R. Civ. P. 12(b). Here, more than 21 days have passed since Iizuka was served with the

26   Complaint, and Iizuka has failed to file an answer or otherwise respond. Accordingly, the

27   Clerk of Court is **DIRECTED** to enter default against Iizuka. *See* Fed. R. Civ. P. 55(a).

28   Page must file a motion for default judgment **no later than thirty days** from the docketing

1

1    of this Order. *See* CivLR 55.1. Page is cautioned that a failure to properly move for default

2    judgment may result in the Court dismissing this action without prejudice. *See id.*

3    **IT IS SO ORDERED.**

4    Dated:  January 8, 2026

5

6    Hon. Anthony J. Battaglia
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28